IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CLARENCE A. GIPBSIN,

      Plaintiff,                              No. 2:12-cv-0556 DAD P

      vs.

SCOTT KERNAN, et al.,

      Defendants.              ORDER

_____/

        Plaintiff is a state prisoner proceeding pro se and in forma pauperis with an action filed pursuant to 42 U.S.C. § 1983. On August 27, 2013, the court screened plaintiff's amended complaint and addressed a number of his pending motions, including his motion for a temporary restraining order ("TRO"). However, in the court's order clause, the court inadvertently omitted reference to its ruling on plaintiff's motion for a TRO. Therefore, to clarify, for the reasons stated in the court's August 27. 2013 order, plaintiff's motion for a TRO will be denied as moot.

        Accordingly, IT IS HEREBY ORDERED that plaintiff's motion for a TRO (Doc. No. 39) is denied as moot.

DATED: September 5, 2013.

                                                        DALE A. DROZD
                                                        UNITED STATES MAGISTRATE JUDGE

DAD:9
gipb0556.tro