UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLARENCE A. GIPBSIN,<br><br>            Plaintiff,<br><br>       v.<br><br>SCOTT KERNAN et al.,<br><br>            Defendants. | No.  2:12-cv-0556 GEB DAD P<br><br><br><br>ORDER |

Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On June 30, 2015, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within fourteen days.  Neither party has filed objections to the findings and recommendations.

The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis.  Accordingly, IT IS HEREBY ORDERED that:

   1. The findings and recommendations filed June 30, 2015, are adopted in full;

   2. Defendants' motions to dismiss (Doc. Nos. 84, 85, 88, 93, 96, 101) are denied; and

3. Defendants are directed to file an answer to plaintiff's second amended complaint within thirty days of the date on which this order is filed.

Dated: July 28, 2015

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge