1

2

3

4

5

6

7

8                           UNITED STATES DISTRICT COURT

9                        FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   CLARENCE A. GIPBSIN,                         No.  2:12-cv-0556 GEB DAD P

12              Plaintiff,

13        v.                                      ORDER

14   SCOTT KERNAN, et al.,

15              Defendants.

16

17        Plaintiff, a state prisoner proceeding pro se with a civil rights action, has filed a motion

18   seeking the setting of a settlement conference.  As this court previously advised plaintiff, unless

19   both parties in this case request this court to conduct a settlement conference, the court will not

20   order that a court-supervised settlement conference be held until after the court has ruled on any

21   forthcoming dispositive motions.

22        Accordingly, IT IS HEREBY ORDERED plaintiff's motion for a settlement conference

23   (Doc. No. 125) is denied at this time.

24   Dated:  October 16, 2015

25

26   DAD:9

27   gipb0556.scd                               DALE A. DROZD
                                              UNITED STATES MAGISTRATE JUDGE

28

1