UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLARENCE A. GIPBSIN, | No. 2:12-cv-0556 GEB DB P |
| Plaintiff, | |
| v. | ORDER |
| SCOTT KERNAN, et al., | |
| Defendants. | |

Plaintiff is a prisoner who is proceeding pro se and in forma pauperis. Plaintiff seeks relief pursuant to 42 U.S.C. § 1983.

On October 10, 2017, the court ordered the United States Marshal to serve the complaint on defendants. Process directed to defendants Boretz and Neal were returned unserved because the facilities do not have them as current employees and they cannot be located by other means. Plaintiff must provide additional information to serve these defendants. Plaintiff shall promptly seek such information through discovery, the California Public Records Act, Calif. Gov't. Code § 6250, et seq., or other means available to plaintiff. If access to the required information is denied or unreasonably delayed, plaintiff may seek judicial intervention.

Accordingly, IT IS HEREBY ORDERED that:

1. The Clerk of the Court is directed to send to plaintiff two USM-285 forms, along with an instruction sheet and a copy of the amended complaint filed December 29, 2016;

1

2. Within sixty days from the date of this order, plaintiff shall complete and submit the attached Notice of Submission of Documents to the court, with the following documents:

    a. One completed USM-285 form for each defendant;

    b. Three copies of the endorsed amended complaint filed December 29, 2016; and

    c. One completed summons form (if not previously provided) or show good cause why he cannot provide such information.

DATED: November 8, 2017

/s/ DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DLB:9
DB/orders/prisoner-civil rights/gipb0556.8e

|     |                                                                                  |
| --- | -------------------------------------------------------------------------------- |
| 1   |                                                                                  |
| 2   |                                                                                  |
| 3   |                                                                                  |
| 4   |                                                                                  |
| 5   |                                                                                  |
| 6   |                                                                                  |

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| CLARENCE A. GIPBSIN,     | No. 2:12-cv-0556 GEB DB P        |
| ------------------------ | -------------------------------- |
| Plaintiff,               |                                  |
| v.                       | NOTICE OF SUBMISSION OF DOCUMENTS |
| SCOTT KERNAN, et al.     |                                  |
| Defendants.              |                                  |

Plaintiff hereby submits the following documents in compliance with the court's order filed _____ :

\_\_\_\_   completed summons form

\_\_\_\_   completed USM-285 forms

\_\_\_\_   copies of the _____

Complaint

DATED:

_____

Plaintiff