UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLARENCE A. GIPBSIN, | No. 2:12-cv-0556 GEB DB P |
| Plaintiff, | |
| v. | ORDER |
| SCOTT KERNAN, et al., | |
| Defendants. | |

Plaintiff is a state prisoner proceeding pro se and in forma pauperis with a civil rights action under 42 U.S.C. § 1983. Defendants filed a motion for summary judgment (ECF No. 198) and plaintiff filed an opposition on December 26, 2017 (ECF No. 200). Presently before the court is defendants request for an additional seven days to file a reply to plaintiff's opposition. Good cause appearing defendants request for an extension of time (ECF No. 201) is granted. Defendants shall file a reply to plaintiff's opposition by January 9, 2018.

Dated: January 5, 2018

_____
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DLB12
DLB1/Orders/Prisoner-civil rights/gipb0556.eot.msjreply

1