UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLARENCE A. GIPBSIN,<br><br>Plaintiff,<br><br>v.<br><br>SCOTT KERNAN, et al.,<br><br>Defendants. | No. 2:12-cv-0556 KJM DB P<br><br><br><br>ORDER |

Plaintiff is a state prisoner proceeding pro se with a civil rights action. Defendants' summary judgment motion was granted, and judgment was entered on March 24, 2021. (ECF Nos. 299, 300.) Plaintiff filed a notice of appeal dated March 28, 2021. (ECF No. 301.) Presently before the court is plaintiff's second post-judgment motion for the appointment of counsel. (ECF No. 305.)

Plaintiff requests the court appoint counsel because he is unable to afford an attorney. Plaintiff previously filed a motion for the appointment of counsel concurrently with the notice of appeal. (ECF No. 303.) The undersigned denied that motion based on lack of jurisdiction. (ECF No. 304.) Plaintiff was advised that any renewed motion for the appointment of counsel should be directed toward the Ninth Circuit Court of Appeals.

Plaintiff's appeal is currently pending before the Ninth Circuit Court of Appeals. (See ECF No. 306.) Therefore, the court lacks jurisdiction to rule on plaintiff's motion. Griggs v. Provident Consumer Discount Co., 459 U.S. 56, 58 (1982). Plaintiff is advised that any future

1

documents filed while the appeal is pending will be disregarded and no orders will issue in response to those filings.

For the reasons set forth above, IT IS HEREBY ORDERED that plaintiff's motion for the appointment of counsel (ECF No. 305) is dismissed for lack of jurisdiction.

Dated:  April 14, 2021

_____
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DB:12
DB:1/Orders/Prisoner/Civil.Rights/gipb0556.31.app(2)